IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| v. | ) No. 1:19MJ-230<br>) |
| DERONE M. BELL, | )<br>) Court Date: June 3, 2019 |
| Defendant. | )<br>) |

## CRIMINAL INFORMATION

(Misdemeanor 7869334)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 27, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, DERONE M. BELL, did assault B.T..

(In violation of Title 18, United States Code, Section 113(a)(5))

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
Amanda Williams
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: amanda.r.williams@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2019, a true and correct copy of the Criminal Information was mailed to the defendant at:

DERONE M. BELL
9214 Longtown Road
Ridgeway SC, 29130

By: _____
Amanda Williams
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: amanda.r.williams@usdoj.gov